UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 13-cr-20518
        Hon. Denise Page Hood

D-1   HAPPY ASKER,

        Defendant.
_____/

**REQUEST FOR STATUS CONFERENCE**

Now comes HAPPY ASKER, defendant herein, by and through his attorney, N. C. Deday LaRene, and requests that the Court schedule a status conference to take up the following pending matters:

(1)   Defendant's Motion to Correct Restitution Order (R. E. 189), filed August 9, 2018;

(2)   Defendant's Motion to Modify Conditions of Supervised Release (R. E. 196), filed March 3, 2020; and

(3)   A Probation Department recommendation for early termination of defendant's Supervised Release which defendant was advised was submitted to the Court on or about February 12, 2021.

The fact that these matters remain unresolved, and especially the outstanding $2.5 million restitution order, is causing serious disruptions in defendant's life; among other things, he has been unable to secure much-needed refinancing for his family

home. Undersigned counsel is therefore seeking an opportunity to discuss with the Court what he might do to assist the Court's decisionmaking.

                                        Respectfully submitted,

                                        s/N. C. Deday LaRene (P16420)
                                        LARENE & KRIGER, P.L.C.
                                        Attorney for Defendant Happy Asker
                                        1717 Penobscot Building
                                        645 Griswold
                                        Detroit, Michigan 48226
                                        (313) 967-0100

DATED: May 3, 2021

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/N. C. Deday LaRene
LaRene & Kriger, P.L.C.
1717 Penobscot Building
Detroit, Michigan 48226
(313) 967-0100
E-mail: d6644@deday.net
Michigan Bar No. P16420
